LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CBN 189450
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RAYMOND L. CRAIG, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Acting Commissioner of )<br>Social Security, )<br>)<br>    Defendant. )<br>_____) | CIVIL NO. 08-02676<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER |

    The parties hereby stipulate by counsel, with the Court's approval, as indicated by issuance of the attached Order, that Defendant shall have an extension of time to respond to Plaintiff's complaint, up to and including May 1, 2009. Defendant's response was originally due on March 23, 2009. This request is being made because Defendant's counsel has been out of the office for two weeks and was under the impression that the response was due on April 6, 2009, and because Defendant's counsel needs additional time to review this case. Counsel apologizes to the Court for any inconvenience caused by this delay.

///

///

///

|   |                         |     |                                                           |
|---|-------------------------|-----|-----------------------------------------------------------|
| 1 |                         |     |                                                           |
| 2 |                         |     | Respectfully submitted,                                   |
| 3 | Dated: April 3, 2009    | By: | */s/ Ian Sammis*                                          |
| 4 |                         |     | (*As agreed via telephone*)<br>IAN SAMMIS<br>Attorney at Law |

<br>

Respectfully submitted,

Dated: April 3, 2009   By:   */s/ Ian Sammis*
(*As agreed via telephone*)
IAN SAMMIS
Attorney at Law

Attorney for Plaintiff


LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney

Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED:  April 6, 2009.


_____
U.S. MAGISTRATE JUDGE

2