IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND CRAIG,

        Plaintiff,                              CIV S-08-2676 WBS KJM

    vs.

MICHAEL J. ASTRUE,                    <u>ORDER</u>
Commissioner of Social Security,

        Defendant.
_____/

        Defendant has filed a motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Opposition, if any, shall be filed no later than June 19, 2009.

        2. Reply, if any, shall be filed no later than July 10, 2009. The matter shall thereafter stand submitted.

DATED: May 25, 2009.

                                                  U.S. MAGISTRATE JUDGE

006
craig.brf