IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND CRAIG,

       Plaintiff,                      No. CIV S-08-2676 WBS KJM

      vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.               ORDER

_____/

        Plaintiff has filed an amended complaint as a matter of right. Fed. R. Civ. P. 15. Accordingly, IT IS HEREBY ORDERED that defendant's motion to dismiss is denied as moot.

DATED: May 29, 2009.

                                                 U.S. MAGISTRATE JUDGE

006
craig.mtd

1