IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND CRAIG,

    Plaintiff,                                      No. CIV S-08-2676 WBS KJM

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.                          <u>ORDER</u>

/

          This Social Security action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

          On March 29, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days.  Neither party has filed objections to the findings and recommendations.

          The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

          1. The findings and recommendations filed March 29, 2010, are adopted in full;

/////

1

2. Defendant's motion to dismiss for lack of subject matter jurisdiction (docket no. 22) is granted; and

3. This action is dismissed.

DATED: May 21, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

craig2676.jo

2